IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| JONATHAN MONTANEZ | Violation: 18 U.S.C. §§ 751(a) and 4082(a) |

**Escape from Custody**

The Grand Jury Charges:

On or about January 13, 2025, in the District of North Dakota,

JONATHAN MONTANEZ

did knowingly escape from custody of the United States Bureau of Prisons while at Centre, Inc., a residential reentry center, in Fargo, North Dakota, and an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of North Dakota, United States v. Jonathan Montanez, Case Number: 3:20-cr-170, upon conviction for the commission of Civil Disorder, in violation of Title 18, United States Code, Section 231(a)(3);

In violation of Title 18, United States Code, Sections 751(a) and 4082(a).

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RML/tah